## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1129-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| DIGITAL PRODUCTS INTERNATIONAL, INC. | ) ) ) | |
| Defendant | ) ) | |

## DECLARATION OF MAILING

I, Benjamin A. Smyth, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in this action.

2. Defendant Digital Products International, Inc. is an entity having a principal place of business at 900 North 23rd Sreet, St. Louis, Missouri, 63106.

3. On December 8, 2015, true and correct copies of the Summons, Complaint and related documents were sent by Federal Express overnight delivery pursuant to 10 *Del. C.* § 3104 to Digital Products International, Inc., 900 North 23rd Sreet, St. Louis, Missouri, 63106.  *See* Exhibit A.

4. On December 9, 2015 McCarter & English, LLP received notification that Digital Products International, Inc. received said documents on December 9, 2015.  *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: December 10, 2015 | MCCARTER & ENGLISH, LLP |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| OF COUNSEL: | *Attorneys for Plaintiffs* |
| Michael P. Sandonato | |
| John D. Carlin | |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| (212) 218-2100 | |
| msandonato@fchs.com | |
| jcarlin@fchs.com | |

ME1 21615903v.1