**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KONINKLIJKE PHILIPS N.V.,       )
U.S. PHILIPS CORPORATION,     )
                                  )
            Plaintiffs,       )
                                  )
      v.                         )   C.A. No. 15-1129-GMS
                                  )
DIGITAL PRODUCTS           )
INTERNATIONAL, INC.,        )
                                  )
            Defendant.     )

## STIPULATION AND ORDER TO EXTEND TIME

       IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to

the approval of the Court, that the deadline for Defendant Digital Products International, Inc. to

answer, move or otherwise respond to the Complaint for Patent Infringement (D.I. 1) shall be

extended to and including March 8, 2016.  The reason for this request is to allow the parties to

continue to explore their respective claims and defenses, and potential resolution of their

disputed issues.

Dated:  February 5, 2016

MCCARTER & ENGLISH LLP                MORRIS JAMES, LLP

   */s/ Daniel M. Silver*                     */s/ Richard K. Herrmann*
Michael P. Kelly (#2295)                Richard K. Herrmann (#405)
Daniel M. Silver (#4758)                 500 Delaware Ave., Suite 1500
Benjamin A. Smyth (#5528)           Wilmington, Delaware 19801
Renaissance Centre                      (302) 888-6800
405 N. King Street, 8th Floor         rherrmann@morrisjames.com
Wilmington, Delaware 19801         *Attorneys for Defendant*
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com
*Attorneys for Plaintiffs*

SO ORDERED this ___ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE