**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KONINKLIJKE PHILIPS N.V., )
U.S. PHILIPS CORPORATION, )
                          )
            Plaintiffs, )
                          )
       v. )    C.A. No. 15-1129-GMS
                          )
DIGITAL PRODUCTS )
INTERNATIONAL, INC., )
                          )
           Defendant. )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to

the approval of the Court, that all claims by Plaintiffs Koninklijke Philips N.V. and U.S. Philips

Corporation against Defendant Digital Products International, Inc. in the above-captioned case

are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own costs and attorneys' fees.

DATED:  February 26, 2016

MCCARTER & ENGLISH LLP

   _/s/  Daniel M. Silver_          
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*

MORRIS JAMES LLP

   _/s/ Richard K. Herrmann_     
Richard K. Herrmann (#405)
500 Delaware Ave., Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant*

SO ORDERED this ___ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE