AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the District of Delaware_ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/7/2015 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION | | DEFENDANT<br>DIGITAL PRODUCTS INTERNATIONAL, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | RE44,913 | 5/27/2014 | Koninklijke Philips N.V. and U.S. Philips Corporation |
| 2 | 6,690,387 | 2/10/2004 | Koninklijke Philips N.V. and U.S. Philips Corporation |
| 3 | 7,184,064 | 2/27/2007 | Koninklijke Philips N.V. and U.S. Philips Corporation |
| 4 | 7,529,806 | 5/5/2009 | Koninklijke Philips N.V. and U.S. Philips Corporation |
| 5 | 5,910,797 | 6/8/1999 | Koninklijke Philips N.V. and U.S. Philips Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed — See Attached |

| CLERK<br>John A Cerino, Clerk<br>United States District Court<br>844 N. King Street, Unit 18<br>Wilmington, DE 19801 | (BY) DEPUTY CLERK | DATE<br>3/4/16 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy